UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                                                             **PLAINTIFF**

**VS.**                                                                    **CRIMINAL ACTION NO. 3:16CR-71-GNS**

**CHRISTOPHER CHARLTON**                                                                                              **DEFENDANT**

## REPORT AND RECOMMENDATION AND ORDER

The above-styled case came before the Honorable Dave Whalin, United States Magistrate Judge, for a competency hearing on April 11, 2018. The United States was represented by Joshua D. Judd, Assistant United States Attorney. The Defendant, Christopher Charlton, appeared with Donald J. Meier, Assistant Federal Defender. The proceedings were recorded by Kim Davis, ECRO Reporter.

The defendant having stipulated to the contents of the forensic psychological report,

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 4241(e), the Court finds that the unrebutted evidence introduced at the competency hearing shows, by a preponderance of the evidence, that Defendant has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11 at the defendant's request to proceed with a change of plea hearing. The appropriate wavier was executed by the defendant and filed in the record. The defendant, by consent of counsel, entered pleas of guilty as to Counts 1and 2 of the Indictment pursuant to a Rule 11(c)(1)(B) plea agreement. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in

Rule 11, the Court determined that the guilty pleas were knowledgeable and voluntary as to Counts 1 and 2 of the Indictment, and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such offenses. Therefore, the undersigned recommends that the pleas of guilty be accepted, and that the defendant be adjudged guilty as to Counts 1 and 2 in the Indictment and have sentence imposed accordingly.

Sentencing will be set for **Wednesday, July 11, 2018 at 11:00 a.m.** in Louisville, Kentucky before the Honorable Greg N. Stivers, United States District Court Judge.

**The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so.**

**IT IS FURTHER ORDERED** that the defendant shall remain under the terms and conditions of his bond pending further order of the Court.

Copies to:
United States Attorney
Counsel for Defendant
United States Probation

| 30 |